UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

YELENA YUSTIZ ANDUEZA,

     *Plaintiff,*

     v.                        Case No. 26-cv-2

DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

     *Defendants.*

---

## DEFENDANTS' MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(1)

---

Defendants, by their undersigned attorney, Stuart Gilgannon, Special Assistant United States Attorney for said district, respectfully move to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(1).  In support of this motion, Defendants respectfully refer the Court to the accompanying brief in support.

Dated at Milwaukee, Wisconsin this 4th day of May, 2026.

                    Respectfully submitted,

              By:    */s/ Stuart Gilgannon*

                    STUART GILGANNON
                    Special Assistant United States Attorney
                    Eastern District of Wisconsin
                    517 E. Wisconsin Ave.
                    Milwaukee, WI 53202
                    State Bar No. 1066362

(414) 297-1745
Fax: (414) 297-4394
stuart.gilgannon@usdoj.gov

2